### 20357. HENDRIX *et al.* *v.* HUNTER *et al.*

HAWKINS, Justice. A proceeding instituted under Code § 74-401 et seq., is purely statutory, and does not fall within the

classification of any cases of which the Supreme Court has jurisdiction. The instant case being on exception to a judgment rendered in such a proceeding, the Court of Appeals, and not the Supreme Court, has jurisdiction thereof." *Criswell* v. *Jones,* 187 *Ga.* 55 (199 S. E. 804). See also *Respess* v. *Lites,* 206 *Ga.* 8 (55 S. E. 2d 602); *Herrin* v. *Graham,* 209 *Ga.* 281 (71 S. E. 2d 550).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED FEBRUARY 9, 1959—DECIDED FEBRUARY 9, 1959.

*Sheats, Parker & Webb, Scott Walters,* for plaintiffs in error. *Wellborn R. Ellis, Eugene S. Taylor,* contra.